■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM THOMPSON, Appellant.— Judgment of the Supreme Court, Kings County rendered March 4, 1970 on resentence, affirmed. No opinion. Hopkins, Acting P. J., Latham, Christ and Brennan, JJ., concur; Shapiro, J., concurs on constraint of *People* v. *Vega* (34 A D 2d 664, affd. 28 N Y 2d 903).

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN OSINSKI, Appellant, v. W. C. JOHNSTON, Director, Matteawan State Hospital, Respondent. — Judgment of the Supreme Court, Dutchess County, dated February 5, 1971, affirmed, without costs. (*People* v. *Aponte*, 28 N Y 2d 343.) Shapiro, Acting P. J., Gulotta, Christ and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES WILLIAMS, Appellant, v. JOHN L. ZELKER, as Superintendent of Green Haven Correctional Facility, Respondent.— In a habeas corpus proceeding, relator appeals from a judgment of the Supreme Court, Dutchess County, dated August 23, 1971, which dismissed the writ. (Relator's notice of appeal which was filed prior to the entry of the judgment is treated as valid.) Appeal dismissed, without costs. Relator was conditionally released; therefore the appeal is moot. Shapiro, Acting P. J., Gulotta, Christ and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. DEXTER WINETT, Appellant, v. JOHN L. ZELKER, as Superintendent of Green Haven Correctional Facility, Respondent.— In a habeas corpus proceeding, relator appeals from a judgment of the Supreme Court, Dutchess County, dated February 23, 1971, which dismissed the writ. (Relator's notice of appeal which was filed prior to the making of the judgment is treated as valid.) Appeal dismissed, without costs. Upon the argument of the appeal, relator's counsel conceded that relator was on parole; therefore the appeal is moot. Shapiro, Acting P. J., Gulotta, Christ and Brennan, JJ., concur.

## (February 22, 1972)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES KEEVER, Appellant.— On the court's own motion, decision and order of this court, both dated December 20, 1971 (38 A D 2d 692), vacated and the following decision is rendered in substitution: Order of the County Court, Rockland County, entered December 15, 1970 (erroneously referred to by defendant in his notice of appeal as having been filed on December 7, 1970), affirmed insofar as, upon reargument, it adhered to the original determination in the order of the same court dated October 8, 1970. No opinion. Appeal from order of the same court dated October 8, 1970 dismissed as academic. That order was superseded by the above-mentioned order which granted reargument. Hopkins, Acting P. J., Gulotta, Christ, Brennan and Benjamin, JJ., concur.